UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MICHAEL McCORMACK,

           Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

CR. No 07 625

GLEESON, J.

LEVY M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before the Honorable John Gleeson, United States District Judge, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b), Fed.R.Crim.P.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 07 2007 ★
BROOKLYN OFFICE

Dated: Brooklyn, New York
       August 6, 2007

                            ROSLYNN R. MAUSKOPF
                            United States Attorney
                            Eastern District of New York

By: _____
     Sean T. Haran
     Assistant U.S. Attorney
     (718) 254-6176

To: Clerk of the Court