# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: __United States v. Michael McCormack__

2. Related Magistrate Docket Number(s) _____

    None ( x )

3. Arrest Date: ____N/A____

4. Nature of offense(s):  X  Felony
                          ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

    __United States v. Jane Doe, 07 Cr. 493 (JG)__

6. Projected Length of Trial:   Less than 6 weeks   (XX)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Kings__
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?          ( ) Yes   (X) No

9. Have arrest warrants been ordered?                 ( ) Yes   (X) No

10. Is a capital count included in the indictment?   ( ) Yes   ( X ) No

                                    ROSLYNN R. MAUSKOPF
                                    UNITED STATES ATTORNEY

                            By:     _____
                                    Sean T. Haran
                                    Assistant U.S. Attorney
                                    (718) 254-6176

Rev. 3/22/01

Stamps: CR 07 625 / GLEESON, J. / LEVY M.J / FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y ★ AUG 07 2007 ★ BROOKLYN OFFICE