UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MICHAEL McCORMACK,

   Defendant.

- - - - - - - - - - - - - - - - -X

WAIVER OF INDICTMENT

Cr. 07-625 (JG)

    I, MICHAEL McCORMACK, the above named defendant, who is accused of knowingly and intentionally conspiring to commit wire fraud and securities fraud, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on August 28, 2007 prosecution by indictment and consent that the proceeding may be by information rather than indictment.

                                         MICHAEL McCORMACK

                                         Counsel for Defendant

Before:   s/John Gleeson
           UNITED STATES DISTRICT JUDGE
           EASTERN DISTRICT OF NEW YORK

              8-28-07